UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

George Stanley

    v.          Case No. 09-cv-52-PB

Landers, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 23, 2009, no objection having been filed.

  SO ORDERED.


August  25, 2009       /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge


cc: George Stanley, Pro se