```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

George Stanley

    v.                                   Civil No. 09-cv-52-PB

Gerald Landers, et al


**O R D E R**

    I direct the Clerk of Court to deliver the following to the United States Attorney for the District of New Hampshire for such action as he may deem appropriate:

    1.   A copy of Mr. Stanley's sworn "Motion/Affidavit to Proceed in forma pauperis without prepayment of fees" in 09cv52, which fails to indicate ownership of real estate.

    2.   Excerpt of Transcript of the cross-examination of Stanley by Nancy J. Smith, Esq., at a preliminary injunction hearing on October 30, 2009 as it relates to real estate interests of Stanley (see particularly pp. 17-29).

    3.   A copy of Exhibits TTT, UUU, VVV, WWW, XXX, YYY, ZZZ.

    I also call to the attention of the U.S. Attorney two earlier cases where Mr. Stanley's claims of lack of assets may be in question:  (1) Stanley v. U.S. Internal Revenue Service, 04cv394PB; and (2) United States v. Stanley, 08cv97.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 20, 2009

cc:   George Stanley, *pro se*
      Nancy J. Smith, Esq.