UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>George Stanley</u>

               v.                          Case No. 09-cv-52-PB

<u>Gerald Landers</u>


<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2009, no objection having been filed.

    SO ORDERED.


December 28, 2009                                <u>/s/ Paul Barbadoro</u>
                                                  Paul Barbadoro
                                                  United States District Judge


cc:    George Stanley, Pro Se
        Nancy Smith, Esq.