**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**George Stanley**

    **v.**                                          Case No. 09-cv-52-PB

**Gerald Landers, et al.**



**O R D E R**

Defendant, Gerald Landers, asserts that plaintiff, George
Stanley, filed a materially false financial affidavit in support
of his application for *in forma pauperis* status.  Based upon this
assertion Landers argues that Stanley's *in forma pauperis* status
should be revoked and his complaint should be dismissed.

Stanley has filed a general objection to Landers' motion to
dismiss but he has not otherwise challenged the factual
assertions on which the motion is based.  Based upon the facts
alleged in the motion to dismiss and the materials submitted in
support of the motion, I agree with Landers that Stanley's
application for *in forma pauperis* status is materially false.
Because Landers has failed to offer a satisfactory explanation
for his materially false submission, I also conclude that his *in*

*forma pauperis* status should be revoked and that his complaint should be dismissed.

Defendant's motion to dismiss (Doc. No. 24) is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 30, 2009

cc:   George Stanley, pro se
      Nancy J. Smith, Esq.